DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 225P15-2 | State v. Connie Prentice Reaves | Def's *Pro Se* Motion for Appeal | Dismissed |
|---|---|---|---|
| 228A15 | N.C. Association of Educators, Inc., et al. v. The State of North Carolina | N.C. Retired Governmental Employees' Association's Motion for Leave to File *Amicus* Brief | Allowed **12/21/2015** |
| 232A93-4 | State v. Warren Robert Gregory (DEATH) | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Pitt County | Denied |
| 248P15 | Paul Frampton v. University of North Carolina at Chapel Hill | 1. Respondent-Defendant's PDR Under N.C.G.S. § 7A-31 (COA14-1117)<br><br>2. Petitioner-Plaintiff's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 250P15 | The North Carolina State Bar v. Robert L. Scott, Attorney | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-1008)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Def's *Pro Se* Motion to Amend Notice of Appeal and PDR<br><br>5. Def's *Pro Se* Motion to Amend the Face Page of the Printed Record in this Appeal | 1. —<br><br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed<br><br>5. Allowed |
| 278P15 | State v. David Matthew Lowe | 1. Def's Motion for Temporary Stay (COA14-1360)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/11/2015**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed |
| 297P15 | State v. Terrance Javarr Ross | 1. State's Motion for Temporary Stay (COA15-87)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **08/21/2015**<br><br>2. Allowed<br><br>3. Allowed |
| 305P15 | State v. Roger Lewis Smyre | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1178)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Petition for *Writ of Certiorari* to Review Decision of COA<br><br>4. State's Motion to Dismiss Appeal | 1. —<br><br><br>2. Denied<br><br>3. Denied<br><br>4. Allowed |